| | |
|---|---|
| 1 | CHRISTOPHER J. BORDERS (SBN 135901) |
| | CASEY A. HATTON (SBN 246081) |
| 2 | HINSHAW & CULBERTSON LLP |
| | One California Street |
| 3 | 18th Floor |
| | San Francisco, CA 94111 |
| 4 | Telephone:  415-362-6000 |
| | Facsimile:  415-834-9070 |
| 5 | |
| | Attorneys for Plaintiff and Counter-Defendants |
| 6 | FIREMAN'S FUND INSURANCE COMPANY & |
| | INTERSTATE FIRE & CASUALTY COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | | |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, | ) | Case No. CV 07-04943 MHP |
| | ) | |
| Plaintiffs, | ) | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | ) | |
| UNITED NATIONAL INSURANCE COMPANY, and DOES 1 - 10 | ) | |
| | ) | Complaint Filed: August 21, 2007 |
| Defendants. | ) | Counterclaim Filed: October 1, 2007 |
| UNITED NATIONAL INSURANCE COMPANY, | ) | |
| Counterclaimant, | ) | |
| vs. | ) | |
| FIREMAN'S FUND INSURANCE COMPANY, INTERSTATE FIRE & CASUALTY COMPANY and ROES 1 - 10, | ) | |
| Counter-Defendants. | ) | |

The parties to this action hereby stipulate to continue the Case Management Conference originally scheduled for February 11, 2008, until March 3, 2008, at 4:00 p.m.

So stipulated,

---
1

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. CV 07-04943 MHP

DATED: 1/2/08

HINSHAW & CULBERTSON LLP

*/s/ Casey A. Hatton/*

CHRISTOPHER J. BORDERS
CASEY A. HATTON
Attorneys for Plaintiff and Counter-Defendants
FIREMAN'S FUND INSURANCE COMPANY &
INTERSTATE FIRE & CASUALTY COMPANY

DATED: 1/2/08

NIELSEN, HALEY & ABBOTT LLP

*/s/ Thomas H. Nienow/*

THOMAS H. NIENOW
Attorneys for Defendant and Counterclaimant
UNITED NATIONAL INSURANCE COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED:     January 7, 2008

HONORABLE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

*Fireman's Fund Ins. Co., v. United National Ins. Co.,* **and Cross-Action**
United States District Court, Northern District of CA, SF Division, Case No: CV 07-04943

## PROOF OF SERVICE

I am employed in the City and County of San Francisco. I am over the age of 18 years and not a party to the within entitled action. My business address is Hinshaw & Culbertson, One California Street, 18th Floor, San Francisco, California 94111.

On January 3, 2008, I served the within:

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

on the following attorney(s) of record and/or interested parties in the above referenced case by depositing a true and correct copy (copies) by the following means:

[x]  (BY MAIL) I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

[ ]  (BY OVERNIGHT DELIVERY) I deposited such envelopes to be placed for collection and handling via United Parcel Service ("UPS") following our ordinary business practices. I am readily familiar with this business practice for collecting and processing correspondence via UPS. On the same day that material is placed for collection, it is picked up by UPS at San Francisco, California.

[ ]  (BY FACSIMILE TRANSMISSION) By transmitting a true copy thereof from sending facsimile machine telephone number (415) 834-9070 to the following parties at the receiving facsimile machine numbers shown below.

[ ]  (BY HAND DELIVERY) By hand delivery to the following persons as noted:

Thomas H. Nienow, Esq.
NIELSEN, HALEY & ABBOTT, LLP
44 Montgomery Street, Suite 750
San Francisco, CA  94104

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on January 3, 2008, at San Francisco, California.

Cynthia M. Peña