1  CHRISTOPHER J. BORDERS (SBN 135901)
   CASEY A. HATTON (SBN 246081)
2  HINSHAW & CULBERTSON LLP
   One California Street
3  18th Floor
   San Francisco, CA 94111
4  Telephone:    415-362-6000
   Facsimile:    415-834-9070
5
   Attorneys for Plaintiff and Counter-Defendants
6  FIREMAN'S FUND INSURANCE COMPANY &
   INTERSTATE FIRE & CASUALTY COMPANY
7
   JAMES C. NIELSEN (SBN 111889)
8  THOMAS H. NIENOW (SBN 136454)
   NIELSEN, HALEY & ABBOTT LLP
9  44 Montgomery Street, Suite 750
   San Francisco, CA 94104
10 Telephone:    415-693-0900
   Facsimile:    415-693-9674
11
   Attorneys for Defendants and Counter-Claimant
12 UNITED NATIONAL INSURANCE COMPANY

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                 SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| 16  FIREMAN'S FUND INSURANCE COMPANY, | Case No.  CV 07-04943 MHP |
| 17                Plaintiffs, | |
| 18  vs. | **JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND PLEADINGS AND DEEM COUNTERCLAIM AGAINST FIREMAN'S FUND INSURANCE COMPANY DISMISSED** |
| 19  UNITED NATIONAL INSURANCE COMPANY, and DOES 1 - 10 | |
| 20 | |
| 21                Defendants. | Complaint Filed: August 21, 2007 |
| 22 | Counterclaim Filed: October 1, 2007 |
| 23  UNITED NATIONAL INSURANCE COMPANY, | |
| 24                Counterclaimant, | |
| 25  vs. | |
| 26  FIREMAN'S FUND INSURANCE COMPANY, INTERSTATE FIRE & CASUALTY COMPANY and ROES 1 - 10, | |
| 27 | |
| 28                Counter-Defendants. | |

JOINT STIPULATION TO AMEND PLEADINGS & DISMISS COUNTERCLAIM AS TO FIREMAN'S FUND

1

Fireman's Fund Insurance Company ("Fireman's Fund"), Interstate Insurance Company ("Interstate") and United National Insurance Company ("United National") hereby stipulate as follows:

1. All references in the pleadings herein to Plaintiff Fireman's Fund shall be deemed replaced by named party Interstate;

2. United National's Counterclaim shall be deemed dismissed without prejudice as to Fireman's Fund only;

3. Following this stipulation and order thereon, Case No. CV 07-04943 shall be entitled *Interstate Fire & Casualty Company v. United National Insurance Company* (and related Counterclaim). An amended Caption, which accurately reflects the parties' intended stipulation, is attached hereto as **Exhibit A**. The Clerk of the Court shall revise the docket to conform hereto.

4. Neither United National nor Interstate waive any basis to challenge or object to any allegation, claim or any other matter set forth in the Complaint, Counterclaim and Answers thereto, and nothing herein is intended to limit or restrict the rights and obligations to be adjudicated herein.

SO STIPULATED,

DATED: 3/26/08         HINSHAW & CULBERTSON LLP

_____
CHRISTOPHER J. BORDERS
CASEY A. HATTON
Attorneys for Plaintiff and Counter-Defendants
FIREMAN'S FUND INSURANCE COMPANY &
INTERSTATE FIRE & CASUALTY COMPANY

DATED: 3/13/08         NIELSEN, HALEY & ABBOTT LLP

_____
THOMAS H. NIENOW
Attorneys for Defendant and Counterclaimant
UNITED NATIONAL INSURANCE COMPANY

1
2       PURSUANT TO STIPULATION, IT IS SO ORDERED
3
    DATED: 3/27/2008
4
5
6       HONORABLE _____
        JUDGE, UNITED STATES DISTRICT COURT, IN
7       AND FOR THE NORTHERN DISTRICT OF
        CALIFORNIA
8



IT IS SO ORDERED
Judge Marilyn H. Patel

**Exhibit A**

```
 1  CHRISTOPHER J. BORDERS (SBN 135901)
    CASEY A. HATTON (SBN 246081)
 2  HINSHAW & CULBERTSON LLP
    One California Street
 3  18th Floor
    San Francisco, CA 94111
 4  Telephone:   415-362-6000
    Facsimile:   415-834-9070
 5
    Attorneys for Plaintiff and Counter-Defendant
 6  INTERSTATE FIRE & CASUALTY COMPANY
 7
 8                   UNITED STATES DISTRICT COURT
 9                  NORTHERN DISTRICT OF CALIFORNIA
10                   SAN FRANCISCO/OAKLAND DIVISION
11  INTERSTATE FIRE & CASUALTY      ) Case No.  CV 07-04943 MHP
    COMPANY,                        )
12                                  )
              Plaintiff,            )
13                                  )
    vs.                             )
14                                  )
    UNITED NATIONAL INSURANCE       )
15  COMPANY, and DOES 1 - 10        ) Complaint Filed:  August 21, 2007
                                    )
16            Defendants.           ) Counterclaim Filed:  October 1, 2007
                                    )
17  _____)
                                    )
    UNITED NATIONAL INSURANCE       )
18  COMPANY,                        )
                                    )
19            Counterclaimant,      )
                                    )
20  vs.                             )
                                    )
21  INTERSTATE FIRE & CASUALTY      )
    COMPANY and ROES 1 - 10,        )
22                                  )
              Counter-Defendants.   )
23  _____)
24
25
26
27
28
                                                                      1
```